FRANK BIANCHI, Respondent, *v.* JOHN F. KLEIN, Appellant.

(Submitted October 16, 1930; decided November 18, 1930.)

*James I. Cuff, Henry R. Bright.* and *Grattan B. Shults* for appellant.

*Samuel Sumner Goldberg* and *Emanuel Saget* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.